IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KBC BANK, N.V. and SANTANDER
BANK, N.A.,

        Appellants,                                  ORDER

v.

                                                             16-cv-468-wmc

CAPITOL LAKES, INC.,

        Appellee.

The court held a status conference today on appellants KBC Bank, N.V. and Santander Bank, N.A.'s joint motion for a stay pending appeal and motion to expedite the motion for a stay. (Dkt. ##2, 3.) Counsel for the parties, as well as counsel for the official committee of the unsecured creditors and for the U.S. Trustee, appeared telephonically. Consistent with the court's rulings during the conference,

IT IS ORDERED that:

1) Appellee Capitol Lakes, Inc., shall have until 5:00 p.m. on July 11, 2016, to document likely injury caused by of a 30-day stay; appellants' response is due by 12:00 p.m. on July 12, 2016.

2) The clerk of court is directed to consolidate this appeal, 16-cv-468-wmc, with an earlier appeal concerning the same parties, 14-cv-266-wmc.

3) Appellants' consolidated brief on the merits of the two appeals is now due July 25, 2016; appellees' response brief is due on or before August 4, 2016. Both sides' brief may be 45 pages or less. No reply will be considered without advance leave of court.

Entered this 8th day of July, 2016.

                                            BY THE COURT:

                                            /s/

                                            _____
                                            WILLIAM M. CONLEY
                                            District Judge